# COMMERCIAL CREDIT APPLICATION



## IRBY ⬡ ELECTRICAL DISTRIBUTOR

Please complete the following application in its entirety to ensure prompt processing of the account setup. You are welcome to email the final signed application to credit@irby.com and then please mail the original to the corporate address at:

Attn: Credit Department
PO Box 1819
Jackson, MS 39215

| FOR IRBY USE ONLY | CREDIT DEPARTMENT USE ONLY |
|---|---|
| ACCOUNT NO. _____ | |
| CUSTOMER TYPE _____ | |
| SALESMAN ID _____  PRICE CLASS _____  MANAGER INITIAL _____ | |
| CUSTOMER VELOCITY _____  CUSTOMER SELECT CODE _____  DATE _____ | |



A Sonepar Company

EXHIBIT
1

## APPLICATION FOR CREDIT AND BILLING INFORMATION

DATE 12-06-2022

CUSTOMER ACCOUNT NAME WINDS EXPLORATION & PRODUCTION LLC

BILLING EMAIL OR FAX THERESA.I@WINDEANDP.COM

BILLING ADDRESS: DEPARTMENT, ETC. 5750 N SAM HOUSTON PKWY E

POST OFFICE ADDRESS

CITY HOUSTON   STATE TEXAS   ZIP + 4 77032

PHONE NO. 713 541 3400   FAX NO.

A/P CONTACT PERSON THERESA IKE   E-MAIL ADDRESS THERESA.I@WINDSEANDP.COM

**billtrust** ☑ SIGN ME UP TO SAVE TIME PROCESSING INVOICES FOR PAYMENT, RETRIEVING ADDITIONAL COPIES, AND PAYMENTS.

SHIPPING ADDRESS: (PLEASE ADVISE IF MORE THAN ONE ADDRESS — PLEASE ATTACH SEPARATE LIST OF ALL SHIPPING ADDRESSES)

DEPARTMENT, ETC. CASTLEGATE FIELD CENTRAL PROCESSING FACILITY

STREET ADDRESS WHITMORE PARK ROAD, HWY 191

CITY CARBON COUNTY   STATE UTAH   ZIP + 4 84526

HIGH CREDIT REQUESTED $ 500,000   PLEASE SUBMIT FINANCIAL STATEMENT FOR CREDIT OVER $5,000.00

SALES TAX STATUS: ☐ TAXABLE   ☑ EXEMPT   (ACCOUNT WILL BE SET UP TAX EXEMPT ONLY BY ATTACHING A VALID TAX EXEMPTION CERTIFICATE)

KIND OF BUSINESS: ☐ RESIDENTIAL   ☑ COMMERCIAL   ☐ UTILITY   DATE ESTABLISHED 09-25-2020

BUSINESS TYPE: ☐ INDIVIDUAL   ☐ PARTNERSHIP   ☑ CORPORATION   ☐ OTHER:

DUNS# _____   FEDERAL ID# _____

IF INDIVIDUAL: SOCIAL SECURITY NUMBER _____   HOME PHONE _____

HOME ADDRESS _____

CITY _____   STATE _____   ZIP + 4 _____

LIST ALL OWNERS, OFFICERS, PARTNERS, OR OTHER RESPONSIBLE PERSONS:

NAME: FRANKLIN IHEKWOABA   TITLE CEO

NAME: PATRICK ANEJI   TITLE CPA

NAME: GEORGE IHE   TITLE CFO

BANK REFERENCES   1) BANK NAME WELLS FARGO   PHONE 832 653 4612

ADDRESS 25694 NORTHWEST FREEWAY

CITY CYPRESS   STATE TEXAS   ZIP + 4 77429

ACCOUNT NUMBER ▮▮▮▮   CONTACT PERSON MARIANNE E. MAKARI

IRBY ONLINE 24/7 – PLACE ORDERS AND MANAGE YOUR ACCOUNT VIA THE INTERNET
SIGN UP FOR ACCESS TO IRBY ONLINE AT http://www.irby.com/forms/signup_form.asp

**TRADE REFERENCES:** 1) COMPANY NAME Weatherford Artificial Lift Systems

ADDRESS 2620 S 1500 E

CITY Vernal                                                    STATE Utah        ZIP + 4 84078

PHONE NO. (435) 299 9136                    FAX NO.

2) COMPANY NAME Uintah Lift Systems

ADDRESS 2720 W 1600 S

CITY Roosevelt                                              STATE Utah        ZIP + 4 84066

PHONE NO. 435 823 5559                      FAX NO.

3) COMPANY NAME Jacam Catalyst

ADDRESS 3930 W 6250 S

CITY Roosevelt                                              STATE Utah        ZIP + 4 84066

PHONE NO. 435 630 3965                      FAX NO.

4) COMPANY NAME Scamp Excavation, Inc

ADDRESS 1150 S 500 W

CITY Price                                                     STATE Utah        ZIP + 4 84501

PHONE NO. 435 650 9876                      FAX NO.

HAS YOUR COMPANY, OR ANY OF ITS OWNERS OR PARTNERS EVER FILED A VOLUNTARY PETITION OF BANKRUPTCY? ☐ YES    ☑ NO
*(IF YES, YOU MUST ATTACH A LETTER OF EXPLANATION, INCLUDING ALL INFORMATION NECESSARY FOR VERIFICATION.)*

HAS A TAX LIEN BEEN FILED AGAINST YOUR COMPANY, OR ANY OF ITS OWNERS OR PARTNERS WITHIN THE PAST FIVE (5) YEARS
☐ YES   ☑ NO *(IF YES, YOU MUST ATTACH A LETTER OF EXPLANATION, INCLUDING ALL INFORMATION NECESSARY FOR VERIFICATION.)*

***NO APPLICATION WILL BE PROCESSED WITHOUT THE SIGNATURE OF APPLICANT'S AUTHORIZED INDIVIDUAL.***
IN SUBMITTING THIS APPLICATION, I ACKNOWLEDGE THAT I HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS OF SALE AS PRINTED ON THE REVERSE OF THIS APPLICATION AND CAN BE FOUND AT WWW.IRBY.COM.

THE APPLICANT AUTHORIZES THE ABOVE NAMED CREDITOR TO OBTAIN A WRITTEN OR ORAL CREDIT REPORT FROM ANY CREDIT REPORTING AGENCY.

APPLICANT WAIVES ALL RIGHTS REGARDING VENUE AND AGREES THAT ANY LEGAL ACTION REGARDING ITS ACCOUNT MAY BE BROUGHT IN THE APPROPRIATE COURT LOCATIONS AS STATED IN TERMS AND CONDITIONS.

BY SIGNING THIS APPLICATION I ACKNOWLEDGE I HAVE RECEIVED THE PRIVACY POLICY.

**FRANKLIN IHEKWOABA**                                                    12-06-022

NAME OF APPLICANT                              SIGNATURE                              DATE

**PERSONAL GUARANTY**

The undersigned has completed this Credit Application for the purpose of obtaining credit from Stuart C. Irby Co. as an inducement to Stuart C. Irby Co. extending credit to the above-named Applicant. Each of the individuals signing below in the spaces designated for Guarantor(s), by their signatures below, jointly and severally, hereby unconditionally guarantee to Stuart C. Irby Co. the payment of all existing indebtedness of the Applicant, together with any and all amounts that the Applicant shall at any future time owe to Stuart C. Irby Co. on account of materials, equipment, or any other goods or services furnished or sold, whether such indebtedness is in the form of an open account, promissory note, other commercial paper, or otherwise.

If the Applicant's account is placed in the hands of an attorney for collection, the undersigned Guarantor agrees to pay twenty percent (20%) of the account balance as attorney's fees and costs of collection.

This shall be a primary, absolute, unconditional, open and continuing guaranty, and shall continue in force until expressly revoked by written notice from the undersigned, mailed by certified mail and received by Stuart C. Irby Co. at its above-printed address; provided, however, that such revocation shall not in any manner affect the liability of the undersigned as to any indebtedness owed by the Applicant at the time of such revocation or as to any indebtedness incurred by Applicant prior to the receipt by Stuart C. Irby Co. of the above-mentioned revocation notice. It is the intent of the undersigned Guarantor to be primarily and not secondary liable for the indebtedness hereby assumed and guaranteed, and this is a guarantee of payment and not merely a guarantee of collection.

The time of payment of any indebtedness hereby guaranteed may be extended and the form of indebtedness changed, without notice to the undersigned Guarantor and without affecting or releasing the liability of the undersigned. Notice of indebtedness and default in payment are hereby expressly waived by each of the undersigned. It shall not be necessary for Stuart C. Irby Co. to procure any judgement against the Applicant before demanding and receiving payment from the undersigned for any indebtedness guaranteed hereby. Each of the undersigned Guarantors hereby represent to Stuart C. Irby Co. that he is interested in the business and affairs of the Applicant, and each understands that in the absence of the Guaranty, Stuart C. Irby Co. will not extend credit to this Applicant currently or in the future.

Guarantor(s) grant permission to Seller to obtain personal credit information from personal references furnished and/or from credit bureau reports, as may be deemed advisable. The undersigned individual(s) hereby knowingly consent to the use of such report in any manner consistent with the Federal Fair Credit Reporting Act as contained in 15 USC 1681, ct seq. Applicant warrants that the materials to be purchased are not for any personal, family, or household purposes.

DATE DEC. 07, 2022

GUARANTOR(S): FRANKLIN IHEKWOABA

PRINT                                   SOCIAL SECURITY NUMBER                    SIGNATURE

PRINT                                   SOCIAL SECURITY NUMBER                    SIGNATURE