

**Invoice**

STUART C IRBY BR 1083 CORINTH TX
7733 SOUTH STEMMONS FWY
CORINTH TX 76208-0000

| INVOICE DATE | ORDER NUMBER |
|---|---|
| 01/18/23 | S013333818.001 |
| REMIT TO: STUART C. IRBY CO. POST OFFICE BOX 843959 DALLAS TX 75284 | PAGE NO. 1 |

BILL TO:
WINDS EXPLORATION & PRODUCTION LLC
5750 N SAM HOUSTON PKWY E
HOUSTON,      TX   77032-0000

SHIP TO:
JOB JENSEN POWER LINE
WINDS EXPLORATION & PRODUCTION LLC
1 WHITMORE PARK ROAD OFF HWY 191
HELPER, UT 84526

ORDERED BY: GEORGE

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | JOB/RELEASE NUMBER | OUTSIDE SALESPERSON |
|---|---|---|---|
| 257564 | CASTLEGATE PIPELINE | | Adam Smith |
| INSIDE SALESPERSON | SHIP VIA | TERMS CODE | SHIP DATE | ORDER DATE |
| AJCRAW | BW BEST-WAY | NET.30 | 01/18/23 | 12/19/22 |

| LINE | DESCRIPTION | ORDER QTY | SHIP QTY | Prc/UOM | Ext Amt |
|---|---|---|---|---|---|
| 1 | *OKON 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 1/0-19X AL F/S 260M EPR 25KV 16X14 2500' (+/-) * IRBY STOCK TEXAS * | 119,000 | 40,004 | 4510.000M | 180418.04 |
| | Paid 02/13/23 Check# E398800283 $60000.00. Applied $60000.00 to thi | | | | |
| | Paid 04/06/23 Check# E29559385 $10000.00. Applied $10000.00 to this | | | | |
| | Paid 05/04/23 Check# E29505264 $10000.00. Applied $10000.00 to this | | | | |

**Net Due Date 02/17/23.**

ALL PAYMENTS ARE DUE BY 02/17/2023
OUR PRODUCT AND SERVICES ARE SUBJECT TO, AND GOVERNED EXCLUSIVELY BY, OUR TERMS AND CONDITIONS
OF SALE, WHICH ARE INCORPORATED HEREIN AND AVAILABLE AT www.irbyutilities.com/terms.
ADDITIONAL OR CONFLICTING TERMS ARE REJECTED, VOID AND OF NO FORCE OR EFFECT.

| | |
|---|---|
| Subtotal | 180418.04 |
| S&H CHGS | 0.00 |
| Sales Tax | 11636.96 |
| Payments | -80000.00 |
| Amount Due | 112055.00 |

**EXHIBIT 2**