**Stuart C. Irby Company v. Winds Exploration & Production LLC**
**Summary of Relevant Invoices and Accrued Service Charges as of April 2, 2024**

| Invoice No. | Invoice Date | Amount Due | Due Date | Monthly 1.5% Service Charge | Daily Charge | Calculation Date | Days Past Due | Accrued Service Charge |
|---|---|---|---|---|---|---|---|---|
| S013333818.001 | 1/18/2023 | $ 112,055.00 | 2/17/2023 | $ 1,680.83 | $ 54.22 | 9/10/2024 | 571 | $ 30,959.71 |
| | | $ 112,055.00 | | | | | | $ 30,959.71 |

| SUMMARY | | |
|---|---|---|
| **Principal Amount** | $ | 112,055.00 |
| **Accrued Service Charges** | $ | 30,959.71 |
| TOTAL | $ | 143,014.71 |

**EXHIBIT 3**