**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**STUART C. IRBY COMPANY, LLC**                                        **Plaintiff**

**vs.**                                                    **Case No. 3:24-cv-538-TSL-MTP**

**WINDS EXPLORATION AND
PRODUCTION, LLC, and
FRANKLIN IHEKWOABA**                                             **Defendants**

---

### SUPPLEMENTAL DECLARATION OF HALEY F. GREGORY

---

     1.     I am over the age of 21 and am competent to make the following Declaration.

     2.     I am counsel of record for Plaintiff Stuart C. Irby Company, LLC ("Irby").

     3.     Pursuant to the Court's Order to Supplement Declaration [ECF No. 4], Irby submits this Declaration.

     4.     Irby has attempted to serve the Summons and Complaint for this matter on Defendants numerous times pursuant to Rule 106(a) of the Texas Rules of Civil Procedure.

     5.     Plaintiff conducted research on Defendants and determined that the location where Defendants can probably be found is 12818 Secret Forest Court, Cypress, Texas 77429-8309. Exhibit A, Texas Secretary of State business records for Winds Exploration and Production, LLC.

     6.     Plaintiff hired Ryan Sciulli, CRS Process Servers to serve the Defendants with the Summons and Complaint.

     7.     On September 20, 2024, CRS Process Servers attempted service on Defendants. Defendant Ihekwoaba lives in a gated community. CRS Process Servers located a telephone number for Defendant Ihekwoaba and made contact by phone and text message.

EXHIBIT
A

8.    Defendant Ihekwoaba's phone number is (346) 732-8778.  Defendant Ihekwoaba's email address is frankihe@ymail.com.

9.    Defendant Ihekwoaba stated that he would be out of the country until October 9, 2024, but that he would accept the paperwork when he returned to Texas.

10.    On October 10, 2024, CRS Process Servers again contacted Defendant Ihekwoaba by phone and text message to (346) 732-8778 to serve the Summons and Complaint. CRS Process Servers again attempted service at Defendant Ihekwoaba's gated community.

11.    CRS Process Servers continued to leave voice messages for and send text messages to Defendant Ihekwoaba at (346) 732-8778.  Defendant Ihekwoaba failed to return phone calls and text messages.

12.    CRS Process Servers has not been able to personally serve Defendants with process at the address identified previously in this Declaration or elsewhere.

13.    On November 11, 2024, Irby attempted to serve Defendants by certified mail, return receipt requested, to the address identified in Paragraph 5 of this Declaration.

14.    That attempt was unsuccessful because Defendant Ihekwoaba will not sign for the certified mail.

15.    Because its various attempts to serve Defendants pursuant to Rule 106(a) of the Texas Rules of Civil Procedure have been unsuccessful, Irby seeks leave to serve Defendants pursuant to Rule 106(b) of the Texas Rules of Civil Procedure.

16.    Relatedly, Irby seeks additional time to effectuate service on Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 18, 2024.

By: _____

              HALEY F. GREGORY

91482820.v1

# TEXAS SECRETARY of STATE
# JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803115384 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 11, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32068347825 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | WINDS EXPLORATION AND PRODUCTION, LLC |
| **Address:** | 12818 SECRET FOREST CT |
| | CYPRESS, TX 77429-8309 USA |

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES   INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| Franklin Ihekwoaba | 12818 Secret Ct.<br>Cypress, TX 77429 USA | |

[ Return to Order ]  [ Return to Search ]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



EXHIBIT
A

# TEXAS SECRETARY of STATE
# JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803115384 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 11, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32068347825 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | WINDS EXPLORATION AND PRODUCTION, LLC |
| **Address:** | 12818 SECRET FOREST CT |
| | CYPRESS, TX 77429-8309 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| October 30, 2021 | Franklin Ihekwoaba | | PRESIDENT | | 12818 Secret Forest Ct Cypress, TX 77429 USA | |
| October 30, 2021 | Franklin Ihekwoaba | | DIRECTOR | | 12818 Secret Forest Ct Cypress, TX 77429 USA | |

[ Return to Order ]    [ Return to Search ]

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.