AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| STUART C. IRBY COMPANY, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> WINDS EXPLORATION AND PRODUCTION, LLC and FRANKLIN IHEKWOABA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:24-cv-538-TSL-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Franklin Ihekwoaba, Registered Agent
Winds Exploration and Production, LLC
12818 Secret Forest CT
Cypress, Texas 77429-8309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Haley F. Gregory, Esq.
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  9/10/2024

*Signature of Clerk or Deputy Clerk*

CAUSE NO. 324-CV-538-TSL-MTP

| | | |
|---|---|---|
| STUART C. IRBY COMPANY, LLC | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | MADISON COUNTY, MISSISSIPPI |
| | § | |
| FRANKLIN IHEKWOABA, REGISTERED AGENT WINDS EXPLORATION AND PRODUCTION, LLC | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI |

## AFFIDAVIT OF SUBSTITUTE SERVICE

On this day personally appeared **Ryan Sciulli** who, being by me duly sworn, deposed and said:

"The following came to hand on **Dec 19, 2024, 12:56 pm,**

ORDER, SUMMONS IN A CIVIL ACTION, COMPLAINT,

and was executed at **12818 SECRET FOREST COURT, CYPRESS, TX 77429** within the county of **HARRIS** at **10:43 AM** on **Sat, Jan 04 2025**, by **POSTING** to the residential front door of

FRANKLIN IHEKWOABA, REGISTERED AGENT WINDS EXPLORATION AND PRODUCTION, LLC

in accordance with the Court's Order dated **12/19/2024** authorizing Substituted Service, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Ryan Sciulli
Certification Number: PSC-19647
Certification Expiration: 3/31/2025

**BEFORE ME**, a Notary Public, on this day personally appeared **Ryan Sciulli**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  1-4-25

Notary Public, State of Texas

VICTORIA MARIE POTTER
Notary ID #134858634
My Commission Expires
April 18, 2028

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Franklin Ihekwoaba**
was received by me on *(date)* **Dec, 19, 2024** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

■ Other *(specify)*: **I personally posted and emailed a copy of said Documents to Franklin Ihekwoaba's house and e-mail.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1-4-2025**

*Server's signature*

**Ryan Scialli PSC-19647**   **7-31-25**
*Printed name and title*

**8765 Spring Cypress suite L #219**
*Server's address*

Additional information regarding attempted service, etc:

- I had talked to him personally several times and had lengthy text msgs with Franklin
- He 100% knew about the case
- I also talked to his wife, so she knows what's going on also